

FILED

08/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0395

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0395

FILED

AUG 13 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

CLOVIS GENO,

Petitioner,

v.

ORDER

MONTANA FIFTEENTH JUDICIAL
DISTRICT COURT, ROOSEVELY,
HONORABLE DAVID CYBULSKI, presiding,

Respondent.

On August 7, 2020, Represented petitioner Clovis Geno (Petitioner) petitioned this Court for exercise of supervisory control in the underlying matter of *State v. Geno*, Cause No. DC-20-6, Montana Fifteenth Judicial District Court, due to the State's alleged failure to timely comply with Montana Supreme Court Rule 97-326(I)(a) and § 46-1-401, MCA. Petitioner asserts that the State failed to timely file a notice of intent to seek the death penalty as required by Rule 97-326(I)(a), and further failed to properly specify and show supporting probable cause for one or more particular aggravating circumstances required for a death penalty prosecution under Rule 97-326(I)(a) and § 46-1-401, MCA; thus precluding prosecution of the case, and potential sentencing, as a death penalty case pursuant to *Miller v. Mont. Eighteenth Jud. Court*, 2007 MT 149, 337 Mont. 488, 162 P.3d 121.

Upon review of the Petition and supporting documents, we find that Petitioner has shown sufficient cause to require a summary response pursuant to M. R. App. P. 14(7). Therefore, pursuant to M. R. App. P. 14(7),

IT IS ORDERED that the District Court and State of Montana are hereby granted twenty (20) days from the date of this Order to file and serve a summary response(s), separately or together, if any, to the petition.

The Clerk of this Court is hereby directed to provide immediate notice of this Order to the District Court, Hon. David Cybulski, presiding, and all counsel of record in the underlying matter of *State v. Geno*, Cause No. DC-20-6, Montana Fifteenth Judicial District Court.

DATED this 13ᵗʰ day of August, 2020.

_____
Justices